IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOLLY J. FOSTER,<br>        *Plaintiff,*<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br>        *Defendant.* | CASE NO. 3:14-cv-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on Defendants' Motion to Dismiss Amended Complaint (docket no. 17). For the reasons stated in the accompanying memorandum opinion, Defendant's Motion to Dismiss is GRANTED. This case is hereby DISMISSED and the Clerk is directed to strike this case from the active docket of the Court.

  It is so ORDERED.

  The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this  13th  day of August, 2014.

                   /s/ Norman K. Moon
                   NORMAN K. MOON
                   UNITED STATES DISTRICT JUDGE