IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| HOLLY J. FOSTER,<br><br>                              *Plaintiff,*<br>      v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                            *Defendant.* | CIVIL NO. 3:14-cv-00017<br><br>**ORDER**<br><br><br><br>JUDGE NORMAN K. MOON |

       For the reasons stated in the accompanying Memorandum Opinion, Plaintiff Holly J. Foster's Motion to Alter Judgment (docket no. 23) and Motion for Preliminary Injunction (docket no. 24) are **DENIED**.

       The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

       It is so **ORDERED**.

       Entered this  2nd   day of October, 2014.

                                                                 NORMAN K. MOON
                                                                 UNITED STATES DISTRICT JUDGE